# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 24, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143491 & (22)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                           SC: 143491
                           COA: 303100

KYLE ASHLEY ANDERSON,
     Defendant-Appellant.
                           Jackson CC: 10-003765-AH

_____/

     On order of the Court, the application for leave to appeal the June 7, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand is DENIED.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2011

d1017

_____
Clerk